IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 APR 11 PM 1:26

MARGARET BOTKINS, CLERK
CASPER

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERTO MONTOAN-HERRERA,

Defendant.

Case No. 01-CR-00131

## ORDER REMITTING BALANCE OF FINE

This matter is before the Court on the Government's *Petition to Remit Fine* (ECF 491). Having considered the petition and the record herein, the Court finds reasonable efforts to collect the unpaid portion of the fine are not likely to be effective.

**IT IS THEREFORE ORDERED** that the Government's *Petition to Remit Fine* (ECF 491) is **GRANTED**. Pursuant to 18 U.S.C. § 3573, the $174.15 outstanding fine balance is hereby remitted and canceled.

**DATED:** April ___11th___, 2023.

Scott W. Skavdahl
United States District Judge